## Defendant Status Sheet
(Prepare ONE for EACH defendant)

**Defendant Status**

Defendant Name: ERIC H. KAPUSY

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes    ☐ No    If yes: Complaint

If yes, please enter the cause number below:

CR Enter CR Cause Number here.    or    MJ 24-796 PLM

Has the Defendant had an initial appearance in this case in this district?    ☐ Yes    ☒ No

**Defendant Location**

☐ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: Enter other District here.

☐ In custody (different cause number) in another District: Enter other info here.

☐ In local custody: Enter local jurisdiction here.

☐ In the community on supervision under cause number: Enter cause number here.

☒ At large.

☐ Other: Click or tap here to enter text.

**Release**

☐ Continue Conditions of release

☐ Continue Detention

☒ Not set; temporary detention; detention hearing scheduled for: 1/16/2025

**Arraignment**

☒ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for: Click or tap to enter a date.

　☐ Defendant Address: Click or tap here to enter text.

☐ Letter to defense counsel for appearance on: Click or tap to enter a date.

　☐ Defense Counsel name and address: Click or tap here to enter text.

**Trial**

Estimated trial length (days): 3-5 days