UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR24-001 KKE |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING TEMPORARY DETENTION** |
| ERIC H. KAPUSY, | |
| Defendant. | |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that temporary conditions of detention be continued as previously set.

DATED this 8th day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING TEMPORARY DETENTION - 1
*United States v. Kapusy*
USAO No. 2024R01398

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970