UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ERIC KAPUSY,<br><br>                Defendant. | No. CR25-00001 KKE<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND RESET MOTIONS DEADLINE |

THIS MATTER having come before the Court on the motion of defendant Eric Kapusy, through his attorney Jeffrey L. Kradel, and the Court having determined that ends of justice would be served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial and that the failure to grant a continuance of the trial date would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

/
//
///
////
/////
/////

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
RESET MOTIONS DEADLINE
- 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com

It is therefore ORDERED:

Trial is continued to April 28, 2025

Deadline for filing pretrial motions is reset to March 19, 2025.

Dated this 31st day of January, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL AND
RESET MOTIONS DEADLINE
- 2

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
Phone: 206.397.3102
jeff@kradeldefense.com