UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA , | CASE NO. CR25-00001-KKE |
|---|---|
| Plaintiff(s), | ORDER GRANTING AGREED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE |
| v. | |
| ERIC H. KAPUSY, | |
| Defendant(s). | |

Finding good cause, the Court GRANTS the parties' agreed motion to extend the pretrial motions deadline.  Dkt. No. 33.  Pretrial motions must be filed no later than June 1, 2026.

Dated this 6th day of March, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING AGREED MOTION TO EXTEND THE PRETRIAL MOTIONS DEADLINE - 1